| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  PHAM, TU M. | 2. Court or Organization  US DISTRICT COURT WD TENNESSEE | 3. Date of Report  08/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  FULL TIME-MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination     Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address  167 N MAIN STREET ROOM 338 MEMPHIS, TN 38103 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD MEMBER | FEDERAL BAR ASSOCIATION-MEMPHIS MID-SOUTH CHAPTER |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | DEFINED CONTRIBUTION 401(K) PLAN WITH KIRKLAND & ELLIS (FORMER LAW FIRM) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | SHELBY COUNTY TENNESSEE SCHOOLS - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Citi Mastercard | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FED TRUST FEDERAL BUILDING FEDERAL CREDIT UNION | A | Interest | K | T | | | | | |
| 2. VASCULAR TECHNOLOGIES INC | | None | J | T | | | | | |
| 3. 403(B) ACCOUNT #1 (H) | | | | | | | | | |
| 4. T ROWE PRICE RET 2020 ADV | | None | | | Sold | 05/16/16 | L | | |
| 5. T ROWE PRICE FD 2030 ADV | C | Dividend | L | T | Buy | 05/18/16 | L | | |
| 6. 403(B) ACCOUNT #2 (H) | | | | | | | | | |
| 7. SCHWAB MONEY MARKET FUND (Y) | | | | | | | | | |
| 8. COHEN & STEERS REAL ASSETS (RAPAX) | A | Dividend | | | Buy | 05/26/16 | J | | |
| 9. | | | | | Sold | 09/06/16 | J | A | |
| 10. DODGE & COX GLOBAL D FD (DODLX) | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 11. FIDELITY TOTAL BOND FUND (FTBFX) | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 12. FPA CRESCENT FUND (FPC1Z) | | None | | | Sold | 05/23/16 | K | | |
| 13. MAIRS & POWER GROWTH (MPGFX) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 14. | | | | | Sold (part) | 05/25/16 | J | | |
| 15. MAIRS & POWERS SM CAP (MSCFX) | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 16. | | | | | Sold (part) | 06/02/16 | J | A | |
| 17. OAKMARK EQUITY AND INCOME (OAKBX) | | None | | | Sold (part) | 05/23/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 05/25/16 | J | | |
| 19. OAKMARK INTL FD CLASS | A | Dividend | K | T | Buy | 05/25/16 | J | | |
| 20. | | | | | Buy (add'l) | 05/26/16 | J | | |
| 21. OPPENHEIMER DEV MKTS | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 22. PRIMECAP ODYSSEY AGGR GROWTH (POAGX) | B | Dividend | K | T | | | | | |
| 23. T ROWE PRICE REAL ASSETS (PRAFX) | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 24. VANGUARD CORE BD (VCORX) | A | Dividend | | | Buy | 05/26/16 | J | | |
| 25. | | | | | Sold (part) | 06/01/16 | J | | |
| 26. | | | | | Sold | 08/01/16 | J | A | |
| 27. VANGUARD HIGH DIV YEILD INDEX (VHDYX) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 28. | | | | | Sold (part) | 05/25/16 | J | A | |
| 29. 401K ACCOUNT (H) | | | | | | | | | |
| 30. VANGUARD HEALTH CARE FUND | A | Dividend | K | T | Sold (part) | 05/27/16 | K | | |
| 31. | | | | | Sold (part) | 06/06/16 | J | | |
| 32. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 33. VANGUARD REIT IDX FD | A | Dividend | K | T | Buy | 05/27/16 | J | | |
| 34. | | | | | Buy (add'l) | 06/06/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 36. VANGUARD ENERGY FD ADMIRAL | A | Dividend | K | T | Buy | 05/27/16 | J | | |
| 37. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 38. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 39. VANGUARD EMERGING MKTS STK IX | A | Dividend | K | T | Buy | 06/06/16 | J | | |
| 40. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 41. FIRST EAGLE GLOBAL I | | None | | | Buy | 05/27/16 | J | | |
| 42. | | | | | Sold | 06/06/16 | J | | |
| 43. INFLA-PROTECTED SEC INST | | None | | | Buy | 06/06/16 | J | | |
| 44. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 45. | | | | | Sold (part) | 06/09/16 | J | | |
| 46. | | | | | Sold | 06/14/16 | J | | |
| 47. PRECIOUS METALS & MINING | | None | | | Buy | 06/06/16 | J | | |
| 48. | | | | | Sold | 06/07/16 | J | | |
| 49. TEMPLETON FOREIGN FUND R6 | | None | | | Buy | 05/27/16 | J | | |
| 50. | | | | | Sold | 06/06/16 | J | | |
| 51. IRA #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BRIDGEWAY AGGRESSIVE INVESTORS 1 FUND (BRAGX) | A | Dividend | | | Sold | 05/04/16 | J | | |
| 53. COLUMBIA DIV INCOME FUND (LBSAX) | A | Dividend | J | T | | | | | |
| 54. FIRST EAGLE GLOBAL FUND (SGENX) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 55. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 56. Vanguard Healthcare Fund (VGHCX) | B | Dividend | K | T | Sold (part) | 06/21/16 | J | | |
| 57. Schwab Bank Deposit Account (CASH) (Y) | | | | | | | | | |
| 58. BROKERAGE #1 (H) | | | | | | | | | |
| 59. Schwab Bank Deposit Account | A | Interest | L | T | | | | | |
| 60. PERRITT ULTRA MICRO CAP FUND (PREOX) | | None | | | Sold | 05/04/16 | J | | |
| 61. EOG COMMON STOCK | A | Dividend | J | T | | | | | |
| 62. EBAY COMMON STOCK | | None | J | T | | | | | |
| 63. SBUX COMMON STOCK | A | Dividend | | | Sold | 09/09/16 | J | | |
| 64. TRN COMMON STOCK | A | Dividend | J | T | | | | | |
| 65. DIS COMMON STOCK | A | Dividend | | | Sold | 10/13/16 | J | | |
| 66. NKE COMMON STOCK | A | Dividend | | | Sold | 10/13/16 | J | | |
| 67. PYPL COMMON STOCK | | None | J | T | | | | | |
| 68. SPY | A | Dividend | | | Buy | 02/12/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 10/13/16 | J | | |
| 70. EGLIX | A | Dividend | K | T | Buy | 03/18/16 | K | | |
| 71. VFSTX | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 72. SWSSX | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 73. MDYV | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 74. MSCFX | A | Dividend | J | T | Buy | 09/02/16 | J | | |
| 75. ETW | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 76. IRA #2 (H) | | | | | | | | | |
| 77. BRIDGEWAY AGGRESSIVE INVESTORS 1 FUND (BRAGX) | | None | | | Sold (part) | 03/01/16 | J | | |
| 78. | | | | | Sold | 05/04/16 | J | | |
| 79. PRIMECAP ODYSSEY AGGRESSIVE (POAGX) | C | Dividend | K | T | | | | | |
| 80. MAIRS & POWER GROWTH FUND MPGFX) | B | Dividend | K | T | | | | | |
| 81. JPMORGAN MID CAP VALUE (FLMVX) | A | Dividend | J | T | Buy | 03/01/16 | J | | |
| 82. OPPENHEIMER DEVELOPING MARKETS (ODMAX) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 83. EDUCATIONAL ACCOUNT #1 (H) | | | | | | | | | |
| 84. MAIRS & POWER GROWTH FUND (MPGFX) | A | Dividend | J | T | | | | | |
| 85. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (POAGX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. EDUCATIONAL ACCOUNT #2 (H) | | | | | | | | | |
| 87. MAIRS & POWER GROWTH FUND (MPGFX) | A | Dividend | J | T | | | | | |
| 88. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (POAGX) | A | Dividend | J | T | | | | | |
| 89. 529 COLLEGE SAVINGS #1(H) | | | | | | | | | |
| 90. 1ST TN INTEREST BEARING ACCT (Y) | | | | | | | | | |
| 91. TN DFA LARGE CAP INTERNATIONAL | A | Int./Div. | J | T | | | | | |
| 92. TN PRIMECAP ODYSSEY AGGR GROWTH | A | Int./Div. | J | T | | | | | |
| 93. TN VANGUARD INTERMEDIATE TERM INVES | A | Int./Div. | J | T | | | | | |
| 94. TN VANGUARD INT TERM TREASURY | A | Int./Div. | J | T | | | | | |
| 95. TN VANGUARD WELLINGTON ADM | A | Int./Div. | J | T | | | | | |
| 96. TN VANGUARD TOTAL BOND ADMIRAL | A | Int./Div. | | | Sold | 05/31/16 | J | | |
| 97. TN DFA ENHANCED US LARGE COMPANY | A | Int./Div. | J | T | | | | | |
| 98. TN VANGUARD TOTAL BOND MARKET INST | A | Int./Div. | J | T | Buy | 05/31/16 | J | | |
| 99. 529 COLLEGE SAVINGS #2 (H) | | | | | | | | | |
| 100. 1ST TN INTEREST BEARING ACCT (Y) | | | | | | | | | |
| 101. TN PRIMECAP ODYSSEY AGGR GROWTH | A | Int./Div. | J | T | | | | | |
| 102. TN DFA LARGE CAP INTERNATIONAL | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  TN VANGUARD INTERMEDIATE TERM INVES | A | Int./Div. | J | T | | | | | |
| 104.  TN VANGUARD INT TERM TREASURY | A | Int./Div. | J | T | | | | | |
| 105.  TN VANGUARD WELLINGTON ADM | A | Int./Div. | J | T | | | | | |
| 106.  TN VANGUARD TOTAL BOND ADMIRAL | A | Int./Div. | | | Sold | 05/31/16 | J | | |
| 107.  TN DFA ENHANCED US LARGE COMPANY | A | Int./Div. | J | T | | | | | |
| 108.  TN VANGUARD TOTAL BOND MARKET INST | A | Int./Div. | J | T | Buy | 05/31/16 | J | | |
| 109.  529 COLLEGE SAVINGS #3 (H) | | | | | | | | | |
| 110.  1ST TN INTEREST BEARING ACCT (Y) | | | | | | | | | |
| 111.  TN VANGUARD TOTAL BOND MARKET INST | A | Dividend | J | T | Buy | 05/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 08/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II, line 1: See Part VII, line 28.

This report reflects the movement of assets between accounts. As a result, some assets are listed under different headers than in 2015. This is based only upon a restructuring of positions, not reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TU M. PHAM**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544